**REIDHEAD BROTHERS LUMBER MILL, Appellant,**

v.

**Ann M. VENEMAN, Secretary of Agriculture, Appellee.**

**No. 01–1441.**

United States Court of Appeals, Federal Circuit.

May 15, 2002.

Before SCHALL, BRYSON, and LINN, Circuit Judges.

## Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.